**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

In re: Case No. 26-23089-EPK

**SILVIA HELENA ROBERTS** Chapter 7

Debtor.
______________________________/

**CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO DISMISS A CASE FOR FAILURE OF DEBTOR TO APPEAR AT THE MEETING OF CREDITORS**

**Nicole Testa Mehdipour, Trustee,** files this Ex-Parte Motion to Dismiss Case for Failure of Debtor to Appear at the Meeting of Creditors, and in support, states as follows:

1. The First Meeting of Creditors was scheduled on November 2, 2026.
2. The Debtor failed to appear at the First Meeting of Creditors scheduled on November 2, 2026, as required by 11 U.S.C. §343.

Pursuant to Local Rule 1017-2(B), the Trustee respectfully requests that this Court enter an Order dismissing this case with prejudice to the Debtor's filing of any bankruptcy case in any District of the United States of America within 180 days from the entry of this Order.

Respectfully submitted on November 5, 2026.

/s/ Nicole Testa Mehdipour, Trustee

Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com