**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:

SILVIA HELENA ROBERTS, Case No. 26-23089-EPK

Debtor. Chapter 7
_______________________________/

**CHAPTER 7 TRUSTEE'S NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO DISMISS A CASE FOR FAILURE OF DEBTOR TO APPEAR AT THE MEETING OF CREDITORS ECF No. 21]**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above-captioned estate (the "Trustee"), gives notice that she withdraws her Ex Parte Motion to Dismiss a Case for Failure of Debtor to Appear at the Meeting of Creditors [ECF No. 21], filed on November 5, 2026.

The Section 341 meeting of creditors has been continued to December 10, 2026 at 9:30 a.m. by video conference, as set forth in the Trustee's Notice of Continued Section 341 Meeting of Creditors, which will be filed and served. This withdrawal is without prejudice to the Trustee's right to seek dismissal of this case, or other appropriate relief, if the Debtor fails to appear at the continued meeting of creditors.

Dated: November 6, 2026

*/s/ Nicole Testa Mehdipour, Trustee*

Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Trustee@ntmlawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on November 6, 2026, via the Court's CM/ECF electronic mail notification system, and via U.S. Mail to the Debtor, as indicated below.

/s/ *Nicole Testa Mehdipour*
Nicole Testa Mehdipour

***Served via CM/ECF***

- Thomas G Zeichman on behalf of Creditor Eve Storm tom@zeichmanlaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com;cseaton@zeichmanlaw.com
- Nicole Testa Mehdipour Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

***Served via First Class U.S. Mail***

Silvia Helena Roberts
2821 S Federal Hwy
Boynton Beach, FL 33435